**Order entered December 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01651-CV

### CITY OF DALLAS, Appellant

### V.

### DIANE SANCHEZ, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08320-J**

## ORDER

Based on the record before us, we **GRANT** appellee's unopposed motion to file late notice of appeal. Appellee's December 16, 2013 notice of appeal is considered timely filed for jurisdictional purposes.

We further **GRANT** appellant's December 19, 2013 unopposed motion for extension of time to file brief and **ORDER** the brief filed no later than January 30, 2014.


/s/    ELIZABETH LANG-MIERS
        JUSTICE